UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN PATTERSON,<br>    Petitioner,<br>v.<br>G. MATTESON,<br>    Respondent. | Case No. 21-cv-05430-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action for a petition for a writ of habeas corpus is DISMISSED for lack of jurisdiction. The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 24, 2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge